ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ARIEL A. NEUMAN (CSB 241594)
BENJAMIN R. BARRON (CSB 257094)
Assistant United States Attorneys
Violent & Organized Crime Section
OCDETF Section
    1500/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2917/3542
    E-mail: ariel.neuman@usdoj.gov
        ben.barron@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 10-1260-SJO |
|---|---|
| Plaintiff, | ) <u>JOINTLY PROPOSED STATEMENT OF THE CASE</u> |
| v. | ) |
| NAZAR AL BUSSAM, | ) Trial Date: July 19, 2011 |
| | ) Time: 9:00 a.m |
| Defendant. | ) Place: Courtroom of the Hon. S. James Otero |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney's Office for the Central District of California, and defendant Nazar Al Bussam, by and through his counsel of record Benjamin N. Gluck and Jean Y. Rhee, hereby jointly submit the following proposed statement of

//
//
//
//
//

1  the case, pursuant to the Court's Discovery and Trial Order,
2  Paragraph 10.

3  Dated: July 12, 2011            Respectfully submitted,

4                                  ANDRÉ BIROTTE JR.
                                   United States Attorney
5
                                   ROBERT E. DUGDALE
6                                  Assistant United States Attorney
                                   Chief, Criminal Division
7
                                    /s/_____
8                                  ARIEL A. NEUMAN
                                   BENJAMIN R. BARRON
9                                  Assistant United States Attorneys

10                                 Attorneys for Plaintiff
                                   United States of America
11

12 Dated: July 12, 2011             /s/ (per email authorization)____
                                   BENJAMIN N. GLUCK
13                                 JEAN Y. RHEE
                                   Attorney for Defendant
14                                 Nazar Al Bussam

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE

This is a criminal case. Defendant Nazar Al Bussam is a licensed medical doctor. He holds a DEA registration number permitting him to prescribe controlled substances for a legitimate medical purpose within the usual course of professional practice. The government alleges that the defendant committed several crimes, all of which involve the distribution of controlled substances while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose.

The defendant is first charged with conspiring with others to distribute controlled substances in violation of the law. The controlled substances the defendant is charged with conspiring to distribute are oxycodone, hydromorphone, hydrocodone, alprazolam, and promethazine with codeine. These controlled substances are also known by their brand names, such as Percocet, Oxycontin, Dilaudid, Vicodin, Xanax, and Phernegen with Codeine, which is generically referred to as cough syrup with codeine.

The defendant is also charged with distributing these same controlled substances at various times, by writing prescriptions for these substances while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose.

The defendant has pleaded not guilty to the charges and is presumed innocent unless and until the government proves him guilty beyond a reasonable doubt.